**PUEBLO, apldo. v. PORTALATÍN, aplte.**

No. 4917.—*Sometido:* Diciembre 5, 1932. *Resuelto:* Diciembre 9, 1932.

El acusado apeló de una sentencia condenatoria y, habiendo solicitado y obtenido se ordenara la preparación del récord taquigráfico, la corte le ordenó que, dentro de un término, consignara los honorarios del taquígrafo para éste proceder a preparar la transcripción de la evidencia. Alegando en moción jurada ante este tribunal ser absolutamente insolvente y que debido a la crisis no había podido consignar y, además, que no solicitó en tiempo prórroga para archivar dicha transcripción porque vive entre Lares y Utuado y no le fué posible cambiar impresiones con su abogado, dicho acusado solicitó del tribunal que en el uso de su discreción, le concediera un término para archivar dicha transcripción y presentar su alegato.

Considerando que para solicitar una prórroga no era necesario que el acusado hablara personalmente con su letrado y, en cuanto a la insolvencia, que no se cuidó de alegarla debidamente ante la

corte inferior para que ésta hubiera ordenado al taquígrafo la transcripción sin devengar honorarios en caso de que la hubiese justificado, el tribunal desestimó la apelación interpuesta.